**Order filed May 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00633-CV
_____

**JERRY L. STARKEY, TBDL, L.P., AND PBW DEVELOPMENT CORPORATION, Appellants**

**V.**

**GLEN GRAVES, Appellee**

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 09-CV-0620**

## ORDER

Appellants' brief was due **April 18, 2013.** No brief or motion for extension of time has been filed.

Unless appellants submits their brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **June 6, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM